# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **VIOLATION: 21 U.S.C. §841(a)(1)** |
| **LORENZO SAUNDERS,** | : | **and §841(b)(1)(B)(iii)** |
| | : | **(Unlawful Possession with Intent to** |
| Defendant. | : | **Distribute 5 Grams or More of Cocaine Base)** |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 10, 2002 in the District of Columbia, the defendant, Lorenzo

Saunders, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture

and substance containing a detectable amount of cocaine base, also known as crack, a Schedule

II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams

or more.

**(Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base,** in
violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia
D.C. Bar # 498610

By: _____

EMORY V. COLE
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-3388