CO-526
(12/86)

**FILED**

OCT 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 07-264
)
LORENZO SANDERS )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Lorenzo Sanders_ 9-18-07
Defendant
LORENZO SANDERS

_[signature]_
Counsel for Defendant
HOWARD KATZOFF

I consent:
_[signature]_
United States Attorney

Approved:
_[signature]_
Judge