FILED
OCT 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.
LORENZO SANDERS

WAIVER OF INDICTMENT

CASE NUMBER: 07-264

I, LORENZO SANDERS, the above named defendant, who is accused of UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE AND HEROIN IN VIOLATION OF 21 USC 841(a) and (b).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 5, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____ 9-18-07
Defendant  LORENZO SANDERS

_____
Counsel for Defendant  HOWARD KATZOFF

Before_____
Judicial Officer